## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| Robin Prince, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No. 2:20-cv-00793-RDP |
| | ) |
| The CBE Group, Inc., an Iowa corporation, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendant. Because Ms. Prince's settlement requires approval from the bankruptcy court, Plaintiff hereby requests that this Court cancel or stay all dates and give her leave to file for dismissal by September 30, 2020.

Dated: July 16, 2020

/s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps  (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2020, a copy of the foregoing **Notice of Settlement** was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Notice of this filing will also be sent to the following parties via first class U.S. Mail, postage pre-paid, by 5:00 p.m. on July 16, 2020.

Cooper M. Walker
Malone Frost Martin PLLC
8750 North Central Expressway
Suite 1850
Dallas, Texas 75231

Bradford W. Botes                                  bbotes@bondnbotes.com
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com