# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| Robin Prince, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   2:20-cv-00793-RDP |
| | ) | |
| The CBE Group, Inc., an Iowa corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of her claims against Defendant, hereby stipulates to the dismissal of her claims with prejudice.

Dated:  September 18, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 18, 2020, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bradford W. Botes          bbotes@bondnbotes.com
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244

  Notice of this filing will also be sent to the following parties via first class U.S. Mail, postage pre-paid, by 5:00 p.m. on September 18, 2020.

The CBE Group, Inc.
c/o Robbie Malone
Malone Frost Martin PLLC
8750 North Central Expressway
Suite 1850
Dallas, Texas 75231

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com