# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ROBIN PRINCE,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:20-cv-00793-RDP |
| **THE CBE GROUP, Inc.,** | } |
| **Defendant.** | } |

### ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. # 12), filed September 18, 2020, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this September 23, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE